## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Lowell v. Lyft, Inc.  Docket No.: 24-2984

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeffrey Y. Wu/Munger, Tolles & Olson LLP

Appearance for (party/designation): Lyft, Inc./Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.  Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jeffrey Y. Wu
Firm: Munger, Tolles & Olson LLP
Address: 350 South Grand Avenue  50th Floor  Los Angeles, CA 90071-3426
Telephone: (213) 683-9579     Fax: _____
Email: jeffrey.wu@mto.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: Lowell v. Lyft, Inc. No. 24-2948

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 05/26/2021 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jeffrey Y. Wu
Type or Print Name: Jeffrey Y. Wu
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.