UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>Lowell v. Lyft, Inc. | **DISTRICT**<br>S.D.N.Y. | **DOCKET NUMBER**<br>7: 17 -cv-06251 |
| | **JUDGE**<br>Hon. Philip M. Halpern | **APPELLANT**<br>Lyft, Inc. |
| | **COURT REPORTER**<br>Angela O'Donnell, Sue Ghorayeb, Electronic Record | **COUNSEL FOR APPELLANT**<br>Munger, Tolles & Olson LLP |

**Check the applicable provision:**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

August 29, 2022 Pre-Motion Conference.
November 7, 2022 Telephone Conference.
August 31, 2023 Status Conference.

Other necessary transcripts, including the trial transcript, have already been ordered or are available on the District Court's docket.

**METHOD OF PAYMENT**  ☑ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☑ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Jeffrey Y. Wu

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ Jeffrey Y. Wu | DATE<br>November 25, 2024 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017