**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: November 27, 2024<br>Docket #: 24-2984<br>Short Title: Lowell v. Lyft, Inc. | DC Docket #: 7:17-cv-6251<br>DC Court: SDNY (WHITE PLAINS)<br>Trial Judge - Philip M. Halpern<br>Magistrate Judge - Andrew E. Krause |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.